**WESTGATE LAW**
Matthew A. Rosenthal (SBN 279334)
15760 Ventura Blvd., Ste. 880
Los Angeles, CA 91436
T: (818) 200-1497
F: (818) 869-2208
Matt@westgatelaw.com
Attorneys for Plaintiff,
ARIANA AGUILAR

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| ARIANA AGUILAR, | Case No.: 2:17-cv-1601 |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| CHASE BANK USA, N.A., | |
| Defendant. | |

NOW COMES Plaintiff, ARIANA AGUILAR, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: March 16, 2017          WESTGATE LAW

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of said filing was transmitted by email to the following:

Terri Kelly
JPMorgan Chase Bank
10 S. Dearborn St.
Chicago, IL  60603

By: /s/ Matthew A. Rosenthal
    Matthew A. Rosenthal