Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
15760 Ventura Blvd, Suite 880
Los Angeles, CA 91436
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
ARIANA AGUILAR

# IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| ARIANA AGUILAR, | Case No.: 2:17-cv-1601 |
| Plaintiff; | **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |
| v. | |
| CHASE BANK USA, N.A.; | |
| Defendant. | |

**PLEASE TAKE NOTICE** that Plaintiff, Ariana Aguilar, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity with prejudice. Defendant Chase Bank USA, N.A. has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

RESPECTFULLY SUBMITTED,

DATE: April 24, 2017                     WESTGATE LAW

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2017, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. A copy of the forgoing was transmitted by email to the following:

Terri Kelly
JPMorgan Chase Bank
10 S. Dearborn St.
Chicago, IL  60603
Attorneys for Defendant
CHASE BANK USA, N.A.

By:/s/ Matthew A. Rosenthal
Matthew A. Rosenthal